HART v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. October 12, 1915.) In Error to the District Court of the United States for the Northern District of New York. On motion to enlarge or to reduce bail. See, also, 216 Fed. 374. Before LACOMBE, COXE, and ROGERS, Circuit Judges.

PER CURIAM. The delay in the presentation of this cause has resulted from the government's failure to propose amendments to the proposed bill of exceptions. Had it been reasonably expeditious, the cause could have been argued before the adjournment in June last. Under these circumstances we think the application of plaintiff in error should be granted, to the extent of reducing the amount of bail to $10,000. So ordered.

---

HOSS et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 6, 1915.) No. 4087. In Error to the District Court of the United States for the Western District of Oklahoma. Burwell, Crockett & Johnson, of Oklahoma City, Okl., for plaintiffs in error. Isaac D. Taylor, Asst. U. S. Atty., of Guthrie, Okl.

PER CURIAM. Writ of error dismissed as to Raymond H. Hoss only on his motion, without prejudice to rights of C. M. Hoss, without costs to either party in this court. Mandate to issue forthwith, and the defendant Raymond H. Ross to surrender to the custody of the United States marshal within 30 days after the date of the filing of the mandate in the District Court. See, also, 227 Fed. 1018, —— C. C. A. ——.

---

HOSS v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 6, 1915.) No. 4088. In Error to the District Court of the United States for the Western District of Oklahoma. Burwell, Crockett & Johnson, of Oklahoma City, Okl., for plaintiff in error. Isaac D. Taylor, Asst. U. S. Atty., of Guthrie, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, and mandate ordered forthwith, on motion of plaintiff in error. See, also, 227 Fed. 1018, —— C. C. A. ——.

---

INTERNATIONAL & G. N. RY. CO. v. UNITED STATES & MEXICAN TRUST CO. et al. (Circuit Court of Appeals, Eighth Circuit. September 29, 1915.) No. 4344. Appeal from the District Court of the United States for the District of Kansas. Henry M. Beardsley and John G. Schaich, both of Kansas City, Mo., and David R. Dabney, of Houston, Tex., for appellant. John A. Eaton and D. W. Eaton, both of Kansas City, Mo., Samuel Untermyer, of New York City, and Samuel W. Moore, of Kansas City, Mo., for appellees.

PER CURIAM. Dismissed, at costs of appellant; attorney fee for appellees waived, per stipulation of parties.

---

JACOBS & DAVIES, Inc., v. WRIGHT. (Circuit Court of Appeals, Sixth Circuit. October 9, 1915.) No. 2701. In Error to the District Court of the United States for the Eastern District of Tennessee. Williams & Lancaster and Allison, Lynch & Phillips, all of Chattanooga, Tenn., for appellant. R. T. Wright, Jr., of Chattanooga, Tenn., and Barry Wright, of Rome, Ga., for appellee.

PER CURIAM. Dismissed pursuant to stipulation.

---

KING CHOO v. UNITED STATES. LAW KING v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. October 13, 1915.) In Error to the District Court of the United States for the Northern District of New York.